UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CR-52

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICKY DEAN HARDEE, | ) | |

**THE MATTER** is before the Court upon a joint motion requesting that the Defendant be able to pay restitution before sentencing in accordance with a plea agreement.

IT IS HEREBY ORDERED THAT the Clerk of Court accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon sentencing, the Clerk will distribute the funds in accordance with the terms of the judgment.

Signed: January 24, 2012

Frank D. Whitney
United States District Judge